AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2019 AUG -9 AM 10: 18
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| United States of America<br>v.<br>DIDIER SAINT JULIEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)  4:19M  6149<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2019__ in the county of __Mahoning__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2261A(2)(B) | Cyberstalking. |
| 18 U.S.C. Section 2261(b)(6) | Cyberstalking in Violation of a Protection Order. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent- Azalea J. Husband
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/09/2019

*Judge's signature*

City and state: Youngstown, Ohio

U.S. Magistrate Judge George J. Limbert
*Printed name and title*